UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

HELEN CRANE, Individually and as the Parent and
Natural Guardian of B.C., an Infant under the age
of Fourteen,

                Plaintiff,

    -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                Defendant.
------------------------------------------------------------

**STIPULATION OF DISCONTINUANCE**

**Civil Action No.: 1:19-CV-1549**

**FJS/TWD**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an incompetent person for whom a committee has been appointed, and the settlement of the infant claim having been approved by the Infant Compromise Settlement Order dated November 30, 2022, of Senior United States District Judge Frederick J. Scullin, Jr., and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December 9, 2022

THE MILLS LAW FIRM, LLP

_____
Gregory S. Mills, Esq.
Attorneys for Plaintiff
1520 Crescent Road, Suite 100
Clifton Park, New York 12065

Dated: December 29, 2022

WHITEMAN OSTERMAN & HANNA LLP

_____
Scott A. Barbour, Esq.
Attorneys for Defendant
One Commerce Plaza
Albany, New York 12260

IT IS SO ORDERED.

Date: January 5, 2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge